IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DIANNA STEVENSON,

    Plaintiff,                                     Case No.: 3:15-cv-432

vs.

COMMISSIONER OF SOCIAL SECURITY,        Magistrate Judge Michael J. Newman
                                                                  (Consent case)
    Defendant.

---

**ORDER AND ENTRY: (1) APPROVING THE PARTIES' JOINT STIPULATION FOR AN AWARD UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC. 16); AND (2) AWARDING EAJA ATTORNEY'S FEES, COSTS AND EXPENSES IN THE AMOUNT OF $3,572.79**

---

      This Social Security disability benefits appeal is before the Court on the parties' stipulation for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the total amount of $3,572.79. Doc. 16. There being no dispute that all requirements are met for the reasonable award of EAJA fees, the Court: (1) **APPROVES** the parties' stipulation (doc. 16); and (2) **AWARDS** EAJA fees in the amount of $3,572.79. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

      **IT IS SO ORDERED.**

Date:  May 3, 2018                                               *s/ Michael J. Newman*
                                                                            Michael J. Newman
                                                                            United States Magistrate Judge